JOSEPH LEVY, Respondent, v. RALPH B. LEONARD and Others, Doing Business and Trading under the Firm Name and Style of RALPH B. LEONARD & COMPANY, Appellants.— Order denying motion made by defendants for judgment on the pleadings reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In this action plaintiff seeks to recover damages resulting from the conversion by the defendants of the plaintiff's stock. The relationship between the plaintiff and the defendants, stockbrokers, was that of pledgor and pledgee and a tender of the purchase price is an essential allegation of the complaint. (*Strickland* v. *Magoun*, 119 App. Div. 113; affd., 190 N. Y. 545; *Rogers* v. *Thomson*, 215 App. Div. 541; *Ketcham* v. *Provost*, 156 id. 477; affd., 215 N. Y. 631; *Thompson* v. *St. Nicholas Nat. Bank*, 113 id. 325; *Matter of Mercantile Trust Co.*, 210 id. 83.) Such tender is not alleged in the complaint, but, to the contrary, plaintiff advises us that he does not claim it to have been made, and that the pleadings show a waiver of tender on the part of the defendants and a willingness, ability and readiness on the part of plaintiff to perform. There is no allegation of waiver of tender or facts from which such an inference can be drawn. Willingness, ability and readiness on the part of plaintiff in such an action as this are insufficient. To establish his right to the stock he should have paid for it or tendered payment to the defendants. Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., takes no part.

KATHERINE RUTH MALONE, Respondent, v. JAMES PATRICK MALONE, Appellant.— Order as resettled, in so far as appealed from, denying defendant's motion to vacate notice of examination before trial, reversed upon the law and the facts, without costs, and motion granted, without costs, upon authority of *Fried* v. *Fried* (230 App. Div. 708). Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MINNA S. ORR, as Administratrix, etc., of JOHN ORR, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. The court is of opinion that the evidence presented questions of fact for submission to a jury. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm.

JOSEPH PREM, Respondent, v. IVO HOECHLE, Appellant.— Order denying defendant's motion to dismiss the complaint upon the ground that it fails to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. The question is one that may only be disposed of upon the facts at a trial. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT H. BOWLEY, Appellant.*— Judgment of conviction and order of the County Court of Orange county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.